UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. KEVIN KNISS, an individual,<br>2. TED RABURN, an individual,<br>3. RANDY SWARTWOOD, on behalf of themselves and a class of those similarly situated,<br><br>                **Plaintiffs,**<br><br>vs.<br><br>AMERICAN AIRLINES, INC.,<br>a foreign for profit business corporation,<br><br>                **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 18-cv-00212-JWB-JFJ |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Kevin Kniss, an individual, Ted Raburn, an individual and Randy Swartwood, an individual and Defendant, American Airlines, Inc., by their counsel, Conner & Winters, LLP and O'Melveny & Myers LLP, hereby give notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this matter is dismissed without prejudice. Plaintiffs have given their permission and requested that David R. Cordell execute and file this dismissal on their behalves.

Respectfully submitted,

**CONNER WINTERS, LLP**

*/s/ David R. Cordell*
David R. Cordell, OBA #11272
Conner & Winters, LLP
4100 First Place Tower
15 East Fifth Street
Tulsa, Oklahoma 74103
(918) 586-8995
(918) 586-8695 Facsimile
dcordell@cwlaw.com

and

Mark W. Robertson (pro hac vice)
Charles J. Mahoney (pro hac vice)
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Tel: 212-326-2000
Fax: 212-326-2601
mrobertson@omm.com
cmahoney@omm.com

*Attorneys for Defendant,*
*American Airlines, Inc.*

          /s/ DRC
Kevin Kniss
918-810-0220
16320 E. 109th St. N.
Owasso, OK 74055
kevinkniss@icloud.com

          /s/ DRC
Ted Rayburn
918-289-3554
12210 Woodcrest Dr.
Claremore, OK 74017
4850pan@gmail.com

          /s/ DRC
Randy Swartwood
918-289-8372
raveninvestments@yahoo.com

*Pro Se Plaintiffs*